## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 21-MJ-54 |
| JAHVAR HOOKS | SECTION: "A" |

### O R D E R

The Court, having considered the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly,

**IT IS ORDERED** that the Court finds that the defendant, Mr. Jahvar Hooks, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** that the defendant, Mr. Jahvar Hooks, be committed to the custody of the Attorney General for placement in the nearest suitable federal facility pursuant to 18 U.S.C. § 4241(d)(1) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future, he will attain the capacity to permit the proceedings to go forward.

April 21, 2022

_____
**UNITED STATES DISTRICT JUDGE**